UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX BAUM,<br><br>                Plaintiff,<br><br>        v.<br><br>J-B WELD COMPANY, LLC,<br><br>                Defendant. | Case No. 19-cv-01718-EMC<br><br>**JUDGMENT** |

On August 21, 2020, the Court issued its Order Granting Defendant's Motion for Leave to File Motion for Reconsideration and Modifying Prior Order Re Summary Judgment (*see* Order, Docket No. 91).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: August 21, 2020

_____
EDWARD M. CHEN
United States District Judge